# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM L. GITTERE, et al.,<br><br>Respondents. | Case No.: 3:22-cv-00118-RCJ-CLB<br><br>**ORDER** |

*Pro se* Petitioner Justin Edmisten has filed a motion captioned for the Ninth Circuit Court of Appeals. (ECF No. 30.)

IT IS THEREFORE ORDERED that the district court clerk is directed to electronically transmit a copy of the motion (ECF No. 30) to the clerk of the Ninth Circuit.

IT IS FURTHER ORDERED that Petitioner is admonished to send any filings he intends to make at the Ninth Circuit directly to them.

Dated: August 23, 2022

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE