# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM L. GITTERE, et al.,<br><br>　　　　　　　Respondents. | Case No.: 3:22-cv-00118-RCJ-CLB<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 65), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (first request) (ECF No. 65) is GRANTED. Respondents will have up to and including February 13, 2023, to file and serve their response to the first amended petition.

Dated: January 3, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE