# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUSTIN EDMISTEN,

               Petitioner,

v.

WILLIAM L. GITTERE, et al.,

               Respondents.

Case No.: 3:22-cv-00118-RCJ-CLB

**ORDER**

Before the Court is Respondents' motion for extension of time to file their answer to Petitioner Justin Edmisten's first amended petition. (ECF No. 68.)  This is Respondents' second extension request of this deadline. Respondents' motion is based on the Deputy Attorney General assigned to the case being on extended medical leave beginning February 6, 2023. (*Id*. at 2.) Edmisten opposed the motion arguing that there is no "good cause for a time extension." (ECF No. 69.) Based on the Deputy Attorney General's representations, the Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (second request) (ECF No. 68) is GRANTED. Respondents will have up to and including May 1, 2023, to file and serve their response to the first amended petition.

Dated: February 7, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE