# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN,<br><br>                 Petitioner,<br><br>v.<br><br>WILLIAM L. GITTERE, et al.,<br><br>                 Respondents. | Case No.: 3:22-cv-00118-RCJ-CLB<br><br>**ORDER** |

*Pro se* Petitioner Justin Edmisten submitted a petition for a writ of habeas corpus and an amended petition for a writ of habeas corpus on March 3, 2022, and June 17, 2022, respectively. (ECF Nos. 1-1, 20.) Respondents moved to dismiss Edmisten's amended petition, and this Court granted the motion, in part. (ECF Nos. 40, 58.) This Court ordered Respondents to respond to the remaining claims in Edmisten's petition. (ECF No. 64.) On February 7, 2023, this Court granted Respondents' second request for an extension of time, finding that good cause existed to grant the motion. (ECF No. 70.) Edmisten appealed the order granting the motion for extension of time. (ECF No. 72.)

On March 3, 2023, the Ninth Circuit Court of Appeals issued a letter to Edmisten, stating that "[a] briefing schedule will not be set until the district court and, if necessary, this court determines whether a certificate of appealability should issue." (ECF No. 73.) Pursuant to 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." Applying this standard, this Court finds that a certificate of appealability is unwarranted because good cause existed to grant the motion for an extension of time.

**IT IS THEREFORE ORDERED** that, to the extent necessary, a certificate of appealability is denied as to this Court's February 7, 2023, order (ECF No. 70.)

Dated: March 10, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE