# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN,<br><br>      Petitioner,<br><br>v.<br><br>WILLIAM L. GITTERE, et al.,<br><br>      Respondents. | Case No.: 3:22-cv-00118-RCJ-CLB<br><br>**ORDER** |

On August 10, 2023, this Court entered an order and judgment in this matter. (ECF Nos. 92, 93.) That order and judgment were returned as undeliverable, noting that Petitioner Justin Edmisten is no longer at Ely State Prison and has been transferred to Northern Nevada Correctional Center. (ECF No. 94.) The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2.

IT IS THEREFORE ORDERED that the Clerk of the Court send Petitioner Justin Edmisten a courtesy copy of the following to Northern Nevada Correctional Center: (1) a copy of this order, (2) a copy of this Court's merits order (ECF No. 92), and (3) a copy of the judgment (ECF No. 93.).

IT IS FURTHER ORDERED that Edmisten update his address by filing a notice of change of address.

Dated: August 10, 2023

                         _____
                         ROBERT C. JONES
                         UNITED STATES DISTRICT JUDGE