# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN, A/K/A JUSTIN EDMISTON, | Case No.: 3:22-cv-00118-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM L. GITTERE, et al., | |
| Respondents. | |

On August 10, 2023, this Court entered a merits order and judgment in this matter. (ECF Nos. 92, 93.) That order and judgment were returned as undeliverable, noting that Petitioner Justin Edmisten is no longer at Ely State Prison and has been transferred to Northern Nevada Correctional Center. (ECF No. 94.) On August 10, 2023, this Court instructed the Clerk of the Court to send Edmisten a courtesy copy of the merits order and judgment at Northern Nevada Correctional Center. (ECF No. 95.) This Court also ordered Edmisten to update his address by filing a notice of change of address.[1] (*Id.*) On August 21, 2023, Edmisten filed a motion inquiring about the delay in this Court issuing its merits order. (ECF No. 96.) The motion is denied as moot since this Court has already entered its merits order. However, it appears from Edmisten's motion that he still has not received a copy of the merits order and judgment.

The return address on Edmisten's motion notes that Edmisten is housed at Northern Nevada Correctional Center. (*Id.*) However, according to the Nevada Department of Correction's inmate locator search, Edmisten is housed at High Desert State Prison. This Court will instruct the Clerk

---

[1] The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2.

1

of the Court to resend a copy of the merits order and judgment to Northern Nevada Correctional Center *and* High Desert State Prison.

IT IS THEREFORE ORDERED that the Clerk of the Court send Petitioner Justin Edmisten a courtesy copy of the following to Northern Nevada Correctional Center *and* High Desert State Prison: (1) a copy of this order, (2) a copy of this Court's merits order [ECF No. 92], and (3) a copy of the judgment [ECF No. 93].

IT IS FURTHER ORDERED that Edmisten update his address by filing a notice of change of address.

IT IS FURTHER ORDERED that the motion [ECF No. 96] is denied as moot.

Dated: August 31, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE